| ROD DANIELSON, Chapter 13 Trustee<br>3787 University Avenue<br>Riverside, CA 92501-3332<br>(951) 826-8000  FAX (951) 826-8090<br><br>☒ Chapter 13 Trustee | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA** | **Chapter: 13**<br>Case Number: **6:18-bk-10873-MH** |
| In re: **EVAN TODD FLYNN**<br>**ELIZABETH FLYNN**<br><br>Debtor(s) | (No Hearing Required) |

**TRUSTEE'S COMMENTS ON OR OBJECTION TO MOTION TO SELL REAL PROPERTY AT:**
**2622 SERRA DEL LEON, CORONA, CA 92882**

The undersigned Chapter 13 Trustee, having reviewed the Motion filed **5/27/2018** as docket entry number **65**, recommends:

☒ APPROVED:
(A) Immediately upon close of escrow debtor shall provide the Trustee with a final closing statement showing all liens paid off through escrow so Trustee can stop payments on the claim(s),
(B) Escrow is instructed to turn over excess sales proceeds, if any, to the Trustee in the amount specific in the Trustee's demand to escrow. The balance of any proceeds in excess of the Trustee's demand may be paid to the debtor(s),
(C) All lienholders consent to the terms of the sale, and the voluntary release of their liens even though the amounts owed under the applicable debt instruments may not be fully paid.
(D) The Trustee is authorized to take his statutory fee on secured and priority debts paid through escrow.

Dated: May 29, 2018

_Rod Oak_
Rod Danielson, Chapter 13 Trustee

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

FG:131 - 05/29/2018 - RD
June 2012

| In re: | **EVAN TODD FLYNN** | | Chapter: 13 |
| | **ELIZABETH FLYNN** | | |
| | | Debtor(s) | Case Number: **6:18-bk-10873-MH** |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 3787 University Avenue, Riverside, CA 92501.

A true and correct copy of the foregoing document entitled: **TRUSTEE'S COMMENTS ON OR OBJECTION TO MOTION TO SELL REAL PROPERTY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Orders LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service Information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On **5/29/2018**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here contitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| Debtor | Attorney for Debtor | Co-Debtor |
|---|---|---|
| EVAN TODD FLYNN | WE LEGAL, APC | ELIZABETH FLYNN |
| 2622 SIERRA DEL LEON | PO BOX 632 | 2662 SIERRA DEL LEON |
| CORONA, CA 92882-8076 | CORONA, CA 92878 | CORONA, CA |

☐ Service Information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P.5 and/or controlling LBR, on _____ I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service Information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 5/29/2018 | Susan Jones | /s/ Susan Jones |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

FG:131 - 05/29/2018 - RD
June 2012

**F 9013-3.1.PROOF.SERVICE**