JaVonne M. Phillips, Esq. SBN 187474
Nancy Lee, Esq. SBN 272035
**McCarthy & Holthus, LLP**
1770 Fourth Avenue
San Diego, CA 92101
Phone (877) 369-6122 Ext. 2761
Fax (619) 685-4811
nlee@mccarthyholthus.com

Attorneys for Ditech Financial LLC, its assignees and/or successors

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re | ) Case No. 6:18-bk-10873-MH |
| | ) |
| | ) Chapter 13 |
| Elizabeth Flynn | ) |
| Evan Todd Flynn, | ) |
| | ) **CONDITIONAL NON-OPPOSITION TO** |
| Debtors. | ) **DEBTOR'S MOTION FOR AUTHORITY** |
| | ) **TO SELL REAL PROPERTY UNDER** |
| | ) **LBR 3015-1(p)** |
| | ) |
| | ) Property: 2662 Sierra Del Leon, Corona, CA |
| | ) 92882 |

Ditech Financial LLC, its assignees and/or successors, ("Secured Creditor") files this Conditional Non-Opposition to Debtor's Motion for Authority to Sell Real Property Under LBR 3015-1 (p), filed by Debtors, Elizabeth Flynn and Evan Todd Flynn ("Debtors"), as follows:

1  Secured Creditor is entitled to receive payments per the terms of a Promissory Note dated 9/3/2003, in the principal amount of $322,700.00, which is secured by a Deed of Trust of the same date, and recorded in the Official Records of Riverside County, on 9/23/2003 for the real property commonly known as: 2662 Sierra Del Leon, Corona, CA 92882 ("Subject Property"). Secured Creditor believes the real property in Debtor's Motion to Sell is mistakenly listed as "2622 Serre Del Leon" instead of 2662 Sierra Del Leon.

Secured Creditor has no Opposition to Debtors' Motion to Sell the Subject Property so long as the lien of Ditech Financial LLC is paid off in full, or an amount less than the full payoff pursuant to the written consent of Ditech Financial LLC. Pursuant to 11 U.S.C. § 363(f) Secured Creditor is entitled to the full payment of their claim.

Based upon the foregoing, Secured Creditor respectfully requests any order granting Debtors' Motion to sell include the below language:

The loan secured by a 1st lien on real property located at 2662 Sierra Del Leon, Corona, CA 92882 will be paid in full as of the date of the closing of the sale, and the sale will be conducted through an escrow and based on a non-expired contractual payoff statement received directly from Ditech Financial LLC.

Dated: 6/6/2018

Respectfully submitted,
McCarthy & Holthus, LLP

By:  /s/ Nancy Lee
Nancy Lee, Esq.
Attorneys for Respondent,
Ditech Financial LLC, its assignees and/or successors

M&H File No. CA-18-145413

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
1770 Fourth Avenue
San Diego, CA 92101

A true and correct copy of the foregoing document entitled (*specify*): **CONDITIONAL NON-OPPOSITION TO MOTION TO SELL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 6/6/2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**TRUSTEE**
Rod Danielson (TR)
notice-efile@rodan13.com

**DEBTOR(S) COUNSEL**
Emilia N McAfee
emilia@welegalapc.com

**US TRUSTEE**
ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 6/6/2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR(S)**
Elizabeth Flynn, 2662 Sierra Del Leon, Corona, CA 92882

Evan Todd Flynn, 2662 Sierra Del Leon, Corona, CA 92882

**JUDGE'S COPY**
The Honorable Judge, Mark D. Houle, United States Bankruptcy Court - Riverside Division, 3420 Twelfth Street, Suite 365, Riverside, CA, 92501-3819

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 6/6/2018 | Hue Banh | /s/ Hue Banh |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**